**Opinion issued May 14, 2019**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-18-00051-CV

———————————

## IN THE INTEREST OF R.A.J., C.A.J., AND G.G.J., Children

———————————————————————————————

### On Appeal from the 53rd District Court
### Travis County, Texas[1]
### Trial Court Case No. D-1-FM-15-005030

———————————————————————————————

### MEMORANDUM OPINION

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal from the Court of Appeals for the Third District of Texas to this Court. *See* Misc. Docket No. 17–9128, Transfer of Cases from Courts of Appeals (Tex. Sept. 28, 2017); *see also* TEX. GOV'T CODE § 73.001 (authorizing transfer of cases). We are unaware of any conflict between precedent of that court and that of this court on any relevant issue. *See* TEX. R. APP. P. 41.3.

Appellant, K.R.J., appeals from the trial court's November 15, 2017 "Final Order and Judgment in Suit to Modify Parent-Child Relationship." Appellant's brief was originally due on January 7, 2019. Two extensions were granted extending the deadline to March 25, 2019. On April 4, 2019, we issued a notice advising appellant that unless the brief was filed within ten days, we might dismiss the appeal for want of prosecution. Appellant neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Hightower.